IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | No. 3:10-cr-161 |
|  | ) |  |
| ANDREW JARED HELLER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Upon consideration of the Government's Notice and Memorandum Regarding Rule 404(b) Evidence (Doc. No. 16); and Motion in Limine (Doc. No. 17), the oppositions thereto, and the arguments of counsel at the hearing held on November 24, 2010, and for the reasons stated in the attached Memorandum Opinion, it is hereby

ORDERED that the Government's request to admit into evidence at trial certain testimony and items, as set forth in its Notice and Memorandum Regarding Rule 404(b) Evidence (Doc. No. 16) be, and the same hereby is, DENIED; and it is

FURTHER ORDERED that Government's Motion in Limine (Doc. No. 17) be, and same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 30, 2010